UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00097-MOC-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JUAN PABLO MICHUA-CASTANEDA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Withdraw Motion to Suppress. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Withdraw Motion to Suppress (#24) is GRANTED, the Motion to Suppress (#11) and Supplemental Motion to Suppress (#15) are WITHDRAWN, and the hearing on those motions is CANCELLED.

Signed: December 5, 2017

Max O. Cogburn Jr.
United States District Judge

1